# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONTIAN JACKSON, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>SPS TECHNOLOGIES, LLC dba Air Industries Company; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 2:15-CV-09854-AB (JCX)<br><br>**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER** |

# ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefor, **IT IS SO ORDERED.**

Dated:   May 18, 2016                                  _____/s/_____
                                                                                Honorable Jacqueline Chooljian
                                                                                U.S. Magistrate Judge